# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DONALD ALEXANDER

VERSUS

LINDSEY ALEXANDER

NO. 2024 CW 1313

**JANUARY 29, 2025**

---

In Re: Lindsey Alexander, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 134989.

---

**BEFORE: WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

                              EW
                              SMM
                              HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT